B 6F (Official Form 6F) (12/07)

In re  CHRISTY MILLER                         ,        Case No.  12-42768
           Debtor                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 961339375 RJM ACQUISITION LLC 575 UNDERHILL BLVD #224 SYOSSET, NY 11791-4437 | | | BOOKCLUB MEMBERSHIP | | | | 234.32 |
| ACCOUNT NO. 815867 ENCIRCLE COLLECTIONS 1619 NW 107 AVE DORAL, FL 33172-2707 | | | CHECK 2012 | | | | 115.00 |
| ACCOUNT NO. REGIONS BANK 720 N. 39TH STREET BIRMINGHAM AL 35222 | | | BANK LOAN 2012 | | | | 500.00 |
| ACCOUNT NO. 3661-015210 AAI 8668 SPRING MOUNTAIN LAS VEGAS, NV 89117 | | | CHECK | | | | 70.67 |
| | | | | | | Subtotal ▶ $ | 919.99 |

___3___ continuation sheets attached

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*[Stamp: CLERK, US BANKRUPTCY COURT, EASTERN DISTRICT, ST. LOUIS, MISSOURI — 2012 JUN 15 AM 11:02 — RECEIVED+FILED]*

*[Signature: Christy Miller]*

B 6F (Official Form 6F) (12/07) - Cont.

In re  CHRISTY MILLER    ,    Case No.  12-42768
      Debtor                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REGUS<br>111 WEST PORT 6FL<br>ST LOUIS MO 63146 | | | RENT | | | | 2,500.00 |
| ACCOUNT NO. 2012-329<br><br>PAYDAY LOAN BUCKS<br>9612 FLORA AVE<br>ST LOUIS, MO 63114 | | | 2012 LOAN | | | | 300.00 |
| ACCOUNT NO. 7249<br><br>AMERICASH LOANS<br>10026 WEST FLORISSANT<br>ST LOUIS, MO 63136 | | | 2012 LOAN | | | | 1,218.60 |
| ACCOUNT NO.<br><br>OLYMPIC CREDIT FUND<br>2108 CANTON WAY<br>OLYPIC, WA 98502 | | | 2008 FUNDING | | | | 25,000.00 |
| ACCOUNT NO. 495723812<br><br>CHARLES SCHWAB<br>7700 BONHOMME #100<br>ST LOUIS, MO | | | BANK | | | | 1,635.00 |

Sheet no. 2 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 30,733.60

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

*[signature: Christy Miller]*

In re  CHRISTY MILLER                          ,         Case No.  12-42768
              Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WACHOVIA BANK<br>1301 ATLANTIC AVE<br>ATLANTIC CITY, NJ 08401 | | | BANK | | | | 400.00 |
| ACCOUNT NO.<br><br>MIDWEST MEDICAL<br>24340 SPERRY DRIVE<br>WESTLAKE OH 44145 | | | MEDICAL SUPPLY COMPANY | | | | 10,000.00 |
| ACCOUNT NO.<br><br>HENRY SCREIN<br>135 DURYEA ROAD<br>MELVILLE NY, 11747 | | | MEDICAL SUPPLY COMPANY | | | | 8,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 18,400.00

Total➤  $ 50,053.59
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

*Christy Miller* (signature)